UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY SHERMAN,
    Petitioner,

No. 1:06-cv-369

-v-

HONORABLE PAUL L. MALONEY

CAROL HOWES,
    Respondent.

## JUDGMENT

Having dismissed the petition for writ of habeas corpus, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

**THIS ACTION IS TERMINATED.**

Date:  November 24, 2009                   /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                       Chief United States District Judge